UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRIFFIN,<br><br>          Petitioner,<br><br>     v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>          Respondent. | No.  2:16-cv-2084 JAM CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the findings and recommendations issued November 3, 2016.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 10) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the November 21, 2016 findings and recommendations.

Dated: January 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / grif2084.111

1